AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Daniel Mark Mixson,
*Plaintiff*

v.                                                          Civil Action No.    2:11-642-MBS

Assistant Solicitor Jennifer Shealy,
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the plaintiff, Daniel Mark Mixson take nothing of the defendant, Assistant Solicitor Jennifer Shealy, and this is action is dismissed with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

■ decision by the Honorable Margaret B. Seymour, United States District Judge presiding.  The Court having entered an order of dismissal.

Date:   May 13, 2011                                                *CLERK OF COURT*

                                                                             s/Angie Snipes
                                                                *Signature of Clerk or Deputy Clerk*